```
 1  Roger Grandgenett, III, Esq.
    Nevada Bar No. 6323
 2  Kelsey Stegall, Esq.
    Nevada Bar No. 14279
 3  LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
 4  Suite 300
    Las Vegas, Nevada  89169.5937
 5  Telephone:   702.862.8800
    Fax No.:     702.862.8811
 6  rgrandgenett@littler.com
    kstegall@littler.com
 7
    Attorneys for Defendant
 8  MARKSMAN SECURITY CORPORATION
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN SMITH, an individual, | Case No. 2:24-cv-01328-RFB-MDC |
| Plaintiff, | **STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANT MARKSMAN SECURITY CORPORATION** |
| v. | |
| MARKSMAN SECURITY CORPORATION, a Foreign Corporation, | |
| Defendant. | |

Pursuant to LR IA 11-6(b) Defendant MARKSMAN SECURITY CORPORATION hereby substitutes ROGER GRANDGENETT, ESQ., and KELSEY STEGALL, ESQ., of LITTLER MENDELSON, P.C., 3960 Howard Hughes Parkway, Suite 300, Las Vegas, NV 89169, Tel: 702.862.8800, as attorneys of record in place and stead of: Swen Prior, Esq., and Xyzlo Lee, Esq., of Snell & Wilmer.

DATED:  April 18, 2025

_____
MARKSMAN SECURITY CORPORATION
Print:
Title:

We hereby consent to the substitution of Roger Grandgenett, Esq., and Kelsey Stegall, Esq., of Littler Mendelson, P.C. as the attorneys of record for Defendant MARKSMAN SECURITY CORPORATION in the above-captioned action in our place and stead.

Dated: April 17, 2025                    SNELL & WILMER

                                          /s/ Swen Prior
                                          Swen Prior, Esq.
                                          Xyzlo Lee, Esq.
                                          1700 S. Pavilion Center Drive Suite 700
                                          Las Vegas, NV 89135
                                          Telephone: (702) 784-5200

We hereby agree to be substituted in the place and stead of Swen Prior, Esq., and Xyzlo Lee, Esq., of Snell & Wilmer, and I am duly admitted to practice in this District.

Dated: April 21, 2025                    LITTLER MENDELSON, P.C.

                                          Roger Grandgenett, III
                                          Kelsey Stegall

                                          Attorneys for Defendant
                                          MARKSMAN SECURITY CORPORATION

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/23/2025